**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | |
|---|---|
| ERNEST MASSEY, | Civil Action No: 0:24-cv-04703-SAL |
| Plaintiff, | |
| vs. | **DEFENDANT ILDERTON** |
| ILDERTON CONVERSION OF CHARLOTTE, LLC, ENTITY DOE, JOHN DOE 1, AND JOHN DOE 2 | **CONVERSION OF CHARLOTTE, LLC'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |
| Defendants. | |

Pursuant to Local Civil Rule 26.01, Defendant Ilderton Conversion of Charlotte, LLC, ("Plaintiff") answers the Court Interrogatories as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**Response:     Not applicable.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**Response:     Plaintiff has requested a jury trial; however, there may be legal issues that need to be decided by the Court prior to the case being submitted to a jury.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**Response:     Defendant is not a publically owned company.**

(D)     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**Response:     This case was filed by Plaintiff's based on diversity jurisdiction as set forth in Plaintiff's Answers to Local Rule 26.01 Interrogatories.  (ECF No. 4).**

(E)     Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**Response:     No.**

(F)     [Defendants only.] If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**Response:     Defendant is properly identified.**

(G)     [Defendants only.] If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**Response:     Unknown. Defendant is still in the process of investigating this matter, and no discovery has taken place.**

(H)     [Parties or Intervenors in a Diversity Case].  In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders

2

otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**Response: Plaintiff is a resident of South Carolina, and Defendant Ilderton Conversion of Charlotte, LLC is a limited liability company organized and existing pursuant to the laws of North Carolina with its principal place of business in the State of North Carolina.**

**HAYNSWORTH SINKLER BOYD, P.A.**

By:/*Stafford J. McQuillin III*
Stafford J. McQuillin III (SC Bar #78203)
J. Boone Aiken, IV (SC Bar #105243)
134 Meeting Street, Third Floor (29401)
P.O. Box 340
Charleston, SC 29402-0340
843.722.3366
Fax: 843.722.2266
mmcquillin@hsblawfirm.com
baiken@hsblawfirm.com

*Attorneys for Defendant Ilderton Conversion of Charlotte, LLC*

November 8, 2024
Charleston, South Carolina

3